**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

   Joseph D. Noyes, Sr. and Terri S. Noyes                    Chapter 13
                                                                                    Case Number: 16-40697
                            Debtor(s)                                     Hon. Marci B. McIvor
_____/

## MOTION TO INCUR POST PETITION DEBT

     **NOW COMES** Debtor(s), Joseph and Terri Noyes, by and through their undersigned counselfor the purpose seeking Court permission to allow Debtor(s) to incur post-petition debt as follows:

1. That the within Chapter 13 Petition was commenced January 20, 2016.

2. That the Chapter 13 Plan was confirmed August 26, 2016.

3. That the confirmed Chapter 13 plan requires the Debtor(s) to obtain Court permission prior to incurring debt in excess of $2,000.00.

4. That it is necessary for the Debtor(s) to incur post-petition debt of more than $2,000.00 for the reason that Debtor(s) prior vehicle a 2010 Chevy Malibu, with a lien held by Honor Finance at Class 4.2, is no longer operational due to the powertrain, transmission, and timing belt failing.

5. The amount of post-petition debt to be incurred is $16,523.19, which will be paid directly by the Debtor(s) to Prestige Financial Services or similar finance company in monthly installments of $359.86, with interest at the rate of 20.49% for a term of no more than 72 months. Debtors will contribute a down payment of $1,800, which will come from Debtor(s) 2018 federal income tax refund, pursuant to a pending and concurrent proposed plan modification. See attached **Exhibit 6**.

     **WHEREFORE**, the Debtor(s) pray(s) that the Court grant the relief requested and allow Debtor(s) to incur post-petition debt as specified above.

                                                                                   Respectfully submitted,

Dated: April 10, 2019

                                                                                   /s/ William C. Babut
                                                                                   William C. Babut (P41099)
                                                                                   Babut Law Offices, P.L.L.C.
                                                                                  700 Towner Street
                                                                                  Ypsilanti, MI 48198
                                                                                 734-485-7000
                                                                                 wbabut@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

Joseph D. Noyes, Sr. and Terri S. Noyes

Debtor(s)

Chapter 13
Case Number: 16-40697
Hon. Marci B. McIvor

_____/

## ORDER ALLOWING THE INCURRENCE OF POST PETITION DEBT

This matter having come on for consideration based upon the filing of a Motion to Incur Post-Petition Debt pursuant to E.D. Mich. L.B.R. 9014-1, a Certification of Non Response having been filed, the required notice having been provided, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that Debtor(s) is/are allowed to incur post-petition debt in in order to purchase a year 2016, Jeep Compass or similar vehicle in the amount $16,523.19, which will be paid directly by the Debtor(s) to Prestige Financial Services or similar finance company in monthly installments of $359.86, with interest at the rate of 20.49% for a term of no more than 72 months. Debtors will contribute a down payment of $1,800, which will come from Debtor(s) 2018 federal income tax refund, pursuant to a pending and concurrent proposed plan modification. See attached **Exhibit 6**.

**IT IS FURTHER ORDERED** that this Order shall be valid for 90 days after entry with the Court and Debtor(s) shall provide the Trustee with copies of financing documents evidencing the terms of the purchase including the name and address of the secured creditor within 14 days of purchase.

**Exhibit 1**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

| | |
|---|---|
| Joseph D. Noyes, Sr. and Terri S. Noyes | Chapter 13 |
| | Case Number: 16-40697 |
| Debtor(s) | Hon. Marci B. McIvor |

_____/

### NOTICE OF MOTION TO INCUR POST PETITION DEBT

**The Debtor(s) has/have filed papers with the Court allowing Debtor(s) to incur post-petition debt**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one).

If you do not want the Court to grant the Motion to Incur Post-Petition Debt, or if you want the Court to consider your views on the motion **within 14 days** you or your attorney must:

1. **File with the Court a written response or an answer explaining your position at:** [1]

United States Bankruptcy Court
211 W. Fort St.
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the FOURTEENTH (14th) day from the date of this motion.

**You must also mail a copy to:**

| | |
|---|---|
| Tammy L. Terry | Babut Law Offices, PLLC |
| Standing Chapter 13 Trustee | Attorneys for Debtor |
| 535 Griswold, Ste. 2100 | 700 Towner St. |
| Detroit, MI 48226 | Ypsilanti, MI 48198 |

2. **If a response or answer is timely filed and served, the Court will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Dated: April 10, 2019

/s/ William C. Babut
William C. Babut (P41099)
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
wbabut@babutlaw.com

**EXHIBIT 2**

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c), and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

   Joseph D. Noyes, Sr. and Terri S. Noyes                     Chapter 13
                                                                                                            Case Number: 16-40697
                                 Debtor(s)                              Hon. Marci B. McIvor

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the Motion to Incur Post Petition Debt, Notice of Motion to Incur Post-Petition Debt, Notice and Proposed Order with the Clerk of the Court using ECF System, which will send notification to the following:

All interested parties on the attached Matrix


Dated: April 10, 2019

                                                 /s/ Kim Justice
                                                Kim Justice
                                                Babut Law Offices, P.L.L.C.
                                                700 Towner Street
                                                Ypsilanti, MI 48198
                                                734-485-7000
                                                kim@babutlaw


**EXHIBIT 4**