UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:
   Joseph D. Noyes, Sr. and Terri S. Noyes         Chapter 13
                                                    Case Number: 16-40697
                     Debtor(s)                              Hon. Maria L. Oxholm
_____/

## STIPULATION FOR ENTRY OF ORDER ALLOWING DEBTOR TO OBTAIN CREDIT FOR A VEHICLE

The parties stipulate to entry of the Order Allowing Debtor(s), Joseph D. Noyes and Terri S. Noyes, to Obtain Credit under the conditions outlined in the proposed Order attached hereto as Exhibit A.

/s/ Tammy Terry                                  /s/ William C. Babut
Tammy Terry                                        William C. Babut
Chapter 13 Trustee                           Babut Law Offices, P.L.L.C.
535 Griswold Street                          700 Towner St.
Suite 2100                                            Ypsilanti, MI 48198
Detroit, MI 48226                            (734) 485-7000
(313) 967-9857                                  P41099